COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Case number:  01-12-00847-CV

Style:  *Northern & Western Insurance Company Ltd., Appellant*
*v. Sentinel Investment Group, LLC, Appellee*

Type of motion:  Motion for rehearing filed November 15, 2013

Party filing motion:  Appellant

It is **ordered** that the motion for rehearing is **denied**.

Judge's signature:  /s/ Jane Bland
Acting for the Court

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Date:  February 13, 2014.